### MARSH v. CORTIS.

(Circuit Court of Appeals, First Circuit. January 23, 1907.)

No. 680.

CANCELLATION OF INSTRUMENTS—FRAUD—MEASURE OF PROOF REQUIRED.

The rule applied that on a bill in equity for the cancellation of an instrument on the ground of fraud, the complainant cannot ordinarily maintain his case by his own testimony alone, or by a mere preponderance of evidence, but must satisfy the court that he is entitled to the relief asked.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 8, Cancellation of Instruments, §§ 102, 103.]

Appeal from the Circuit Court of the United States for the District of Massachusetts.

For opinion below, see 144 Fed. 132.

Frederick N. Wier and George A. Sanderson, for appellant.
Robert W. Light, for appellee.

Before PUTNAM and LOWELL, Circuit Judges, and ALDRICH, District Judge.

PER CURIAM. The court is content with the conclusions reached by the Circuit Court and the reasons given therefor by the learned judge of that court. We may, however, properly refer to the well-known rules that, on a bill in equity of this class, the complainant cannot ordinarily maintain his case by his own testimony, or by mere preponderance of proofs, and that he cannot have relief unless he satisfies the court that he is entitled to it. This complainant fails in all these respects.

The decree of the Circuit Court is affirmed, and the appellee recovers his costs of appeal.